Opinion issued December 23, 2010


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00840-CV

———————————

IN RE bryan zachary, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION[1]

          By
petition for writ of mandamus, relator, Bryan Zachary, challenges the district court’s order denying
his “application for temporary injunction and to stay arbitration.”   

We deny the petition for
writ of mandamus.  

 

Per Curiam

 

Panel
consists of Justices Jennings, Alcala, and Sharp.

 











[1]
          The underlying case is Bryan Zachary v. SIS-Tech Applications LLP;
SIS-Tech Solutions LP; SIS-Tech Apps LLC; and SIS-Tech Solutions GP Inc.,
No. 2010-55825 in the 281st Judicial District Court of Harris County, Texas,
the Honorable Sylvia Matthews presiding.